Ryan Lucksinger, Chapter 7 Trustee
PO BOX 1257. Rocklin, CA 95677
(916) 580-3366

FILED
April 30, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002599397

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

Sacramento Division

In Re,

MOTIVATED TRANSPORTATION DYNAMICS, INC

,Debtor(s)

Case No. 09-42361- B -7

DCN: FRL - 01
DATE: June 1, 2010
TIME: 9:32 a.m.
DEPT: C, Courtroom 35, Sixth Floor

**MOTION FOR SALE OF ASSETS AND DECLARATION OF RYAN LUCKSINGER**

I, RYAN LUCKSINGER, the duly appointed trustee in the above entitled matter, hereby move for an order authorizing the sale of assets of the estate.

1. The Debtor(s) herein filed Chapter 7 bankruptcy on 10/14/09. I have been appointed Trustee for the estate.

2. During the review of the financial affairs of the corporation, the Trustee determined that the bankruptcy estate has an equitable interest in certain vehicles and trailers which were not exempted on Schedule C. The Trustee has reviewed the pink slips for each of the respective items and noted that no perfected security interests against the vehicles and trailers. The assets are as follows:

| Year | Make | Body type / Model | License | Mileage | VIN |
|---|---|---|---|---|---|
| 1993 | Isuzu Box Truck | VN FTR | 5R77247 | 135435 | JALK7AU12P3200283 |
| 1999 | Peterbilt Truck | DS 379 | 9B39460 | 827305 | 1XP5DR9X0XD487491 |
| 2000 | Peterbilt Truck | DS 378 | 9B70131 | 631501 | 1NP5GGGG20D553571 |
| 2001 | International Truck | VN BT | 6K05202 | 306466 | 1HTSCAAM81H371081 |
| 2002 | International Truck | DS | 9D00700 | 350429 | 2HSCBAXR62C034531 |
| 2000 | Trailmobile Trailer | 53FT | 2QHA865 | N/A | 1PT01JAH1Y9013256 |
| 2000 | Trailmobile Trailer | 53FT | 2QHA864 | N/A | 1PT01JAH7Y9013262 |
| 1999 | Wabash Trailer | 53FT | 4CG4315 | N/A | 1JJV532W8XL523969 |
| 1999 | Wabash Trailer | 53FT | 4CG4316 | N/A | 1JJV532W4XL523970 |

3. The Trustee has received an offer from Mike Dilkey who resides at 1290 Arrow Court, Auburn, CA 95602-9303 ("Buyer") to purchase the equitable interest in the vehicles and trailers for $25,000, subject to any and all liens that may be in existence. The Buyer shall be responsible for any and all sales tax and transfer fees, if any. The Buyer has already paid the balance of $25,000 to the Trustee.

4. The Trustee has consulted with an auctioneer service and determined that the offer of $25,000 is of comparable net estimated value that an auction of the vehicles and trailers would bring at an auction. As such the Trustee has accepted this offer subject to the approval of the United States Bankruptcy Court and subject to overbid.

5. Overbidding is recommended in increments of $1,000 with overbids starting at a value of $26,000 or higher. Any bidders shall provide the Trustee a bank cashier's check of $26,000 prior to bidding, with any balance in excess due and to be paid no later than 5 p.m. of June 1, 2010 by certified funds at the office address of 2140 Professional Drive, Suite 240, Roseville, CA 95661.

6. The Trustee requests authority to sell the Estates equitable interest in the vehicles and trailers for $25,000 to Mike Dilkey, subject to any and all liens that may be in existence.

For the reasons above, I pray for an order as follows:

1. The Court approve to sale the equitable interest, subject to any and all liens that may be in existence, in the vehicles and trailers for $25,000 to Mike Dilkey ("Buyer") or over-bidder at a higher value.;

2. This Court authorizes the Trustee to provide a Bill of Sale and exercise any other documents to transfer the vehicles and trailers to the buyer; and

3. For such other and further relief as the Court deems appropriate.

DATE: April 30, 2010                    /s/ Ryan Lucksinger
                                        Ryan Lucksinger, Chapter 7 Trustee

**DECLARATION OF RYAN LUCKSINGER**

I, Ryan Lucksinger, hereby declare under penalty of perjury:

1. I am the Trustee in this case.

2. I have reviewed all of the foregoing and it is true and correct and if called I would so testify.

DATE: April 30, 2010                    /s/ Ryan Lucksinger
                                        Ryan Lucksinger, Chapter 7 Trustee